IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SIR K'VAUGHN KEYES,                    :
                                       :
              Plaintiff,               :
                                       :
VS.                                    :
                                       :   No. 7:25-cv-00140-WLS-ALS
VALDOSTA STATE PRISON,                 :
                                       :
              Defendant.               :

## ORDER

Plaintiff Sir K'Vaughn Keyes, a prisoner at Valdosta State Prison in Valdosta, Georgia, filed a letter in the United States District Court for the Northern District of Georgia. ECF No. 1. That court construed the letter to be a civil rights complaint pursuant to 42 U.S.C. § 1983 and transferred the action to this Court. ECF No. 2; ECF No. 3.

On December 1, 2025, the Court ordered Plaintiff to recast his complaint on the required 42 U.S.C. § 1983 form and either pay the $405.00 filing fee or move to proceed *in forma pauperis*. ECF No. 6. Plaintiff was given fourteen days to respond, and he did not do so. On February 10, 2026, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to respond to the December 1, 2025 Order. ECF No. 7. Plaintiff was given fourteen days to respond, and he failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ.

P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 9th day of March, 2026.

W. LOUIS SANDS, SENIOR JUDGE
UNITED STATES DISTRICT COURT