IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SIR K'V AUGHN KEYES,                          *

                   Plaintiff,            *

v.                                                       Case No. 7:25-cv-140 (WLS-ALS)

                                *

VALDOSTA STATE PRISON,                      *

               Defendant.          *
_____

## J U D G M E N T

Pursuant to this Court's Order dated March 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of March, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk